# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:23-CR-118-ALM-KPJ** |
| | § | |
| **AKEIL WILLIAMS** | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #13) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of seven (7) months, to be served consecutively to any other term of imprisonment, with twenty-four (24) months of supervised release to follow under the same conditions as those under which he was originally released, as well as three new special conditions. Additionally, the Magistrate Judge recommended Defendant be placed at FCI Seagoville, in Seagoville, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #12), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of seven (7) months, to be served consecutively to any other term of imprisonment, with twenty-four (24) months of supervised release to follow. Upon release, Defendant shall be placed under the same conditions as those under which he was originally released, as well as the following special conditions:

(1) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer unless payment of any financial obligation ordered by the Court has been paid in full.

(2) Defendant shall not participate in any form of gambling unless payment of any financial obligation ordered by the Court has been paid in full.

(3) Defendant shall provide the Probation Officer with access to any requested financial information for the purposes of monitoring fine/restitution payments and employment.

Additionally, the Court recommends Defendant be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this 19th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE